UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SRAJAA, LLC dba as SARAVANA STORE, RAJAA SONAI, an individual, and DOES 1 to 10, <br><br> Defendants. | Case No. 15-CV-01903-LHK <br><br> **ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a joint case management statement seven (7) days in advance of the initial case management conference set for August 26, 2015, at 2:00 p.m., as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a).  The Court hereby ORDERS the parties to file one joint case management statement by Monday, August 24, 2015.

**IT IS SO ORDERED.**

Dated: August 20, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No. 15-CV-01903-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT