UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SRAJAA, LLC dba as SARAVANA STORE, RAJAA SONAI, an individual, and DOES 1 to 10, <br><br> Defendants. | Case No. 15-CV-01903-LHK <br><br> **CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Sara Pollock specially appearing for Susan Bishop
Defendant Srajaa, LLC's Attorney: None
Defendant Rajaa Sonai's Attorney: Rajaa Sonai (pro se)

An initial case management conference was held on August 26, 2015. A further case management conference is set for December 2, 2015, at 2:00 p.m. The parties shall file their joint case management statement by November 25, 2015.

The parties are hereby referred to a settlement conference with U.S. Magistrate Judge Nathanael M. Cousins with a deadline of November 25, 2015. Considering that the principal debt of $2,228.00 at issue in this case has already been satisfied by a payment of approximately $2,300.00 and that attorney's fees, costs, and interest are the only remaining issues to be litigated, the Court requests that Judge Cousins minimize any costs to the parties of participating in the settlement conference.

1

Case No. 15-CV-01903-LHK
CASE MANAGEMENT ORDER

In the interim, the Court hereby stays all discovery in this case.

Defendant Srajaa, LLC cannot be represented by Defendant Rajaa Sonai unless he is a lawyer. *See* Civ. L. R. 3-9(b).

The Court refers Mr. Sonai to the Federal Pro Se Program. Mr. Kevin Knestrick, the staff attorney for the program, is available at 408-297-1480. Information regarding the Federal Pro Se Program's hours and locations is available at http://cand.uscourts.gov/helpcentersj. The Court strongly encourages Mr. Sonai to contact Mr. Knestrick as soon as possible to set up an appointment.

**IT IS SO ORDERED.**

Dated: August 26, 2015

_____
LUCY H. KOH
United States District Judge